UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV RAHI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>Defendants. | Case No. 21-cv-02717-LB   (SK)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING BANK OF AMERICA**<br><br>Regarding Docket No. 58 |

The Court has reviewed the response Defendant Bank of America filed in response to the Court's Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC with respect to Defendant Bank of America.

**IT IS SO ORDERED**.

Dated: January 7, 2022

_____
SALLIE KIM
United States Magistrate Judge