UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV RAHI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-02717-LB   (SK)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING PLAINTIFFS**<br><br>Regarding Docket No. 58 |

The Court has reviewed the response Plaintiffs filed in response to the Court's Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC with respect to Plaintiffs.

**IT IS SO ORDERED**.

Dated: January 12, 2022

_____
SALLIE KIM
United States Magistrate Judge